UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:   Stephanie Amer                    *

                                              *          Case No. 19-10524

                  Debtor     *          Chapter 13

*   *   *   *   *   *   *   *   *   *   *   *   *

## DECLARATION OF KELLER WILLIAMS INTEGRITY

I, Brandon Hargreaves, declare as follows:

1. I am a licensed real estate broker in the State of Maryland.

2. I am authorized to sign this declaration on behalf of Keller Williams Integrity.

3. I am familiar with the Application to Employ Real Estate Broker and the duties required therein.

4. I have no connection or relationship with the Debtor, the creditors, any other party-in-interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee other than those described in the Application to Employ Broker.

5. I am a disinterested person within the meaning of 11 U.S.C. §101(14).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2019                     /s/  Brandon Hargreaves_____
                                                              Brandon Hargeaves, Broker
                                                              Keller Williams Integrity
                                                              3290 North Ridge Road, Ste 150
                                                              Ellicott City, MD  21043